UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,** as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, as Trustee for Certificateholders of Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2004-AR1,<br><br>Plaintiff,<br><br>vs.<br><br>**PETER J. CRESCI, JENNIFER L. CRESCI, THE STATE OF NEW JERSEY,**<br><br>Defendants,<br><br>vs.<br><br>**AMERICA'S SERVICING COMPANY, WELLS FARGO BANK, N.A., MILSTEAD & ASSOCIATES, LLC,**<br><br>Third-Party Defendants. | Civ. No. 2:17-cv-9508-KM-MAH<br><br>**ORDER** |

**THIS MATTER** having come before the court on defendants Peter and Jennifer Cresci's objection (ECF No. 21) to Magistrate Judge Hammer's report and recommendation ("R&R"), which proposed remanding this matter to the Superior Court of New Jersey, Hudson County, Chancery Division (ECF No.

1

20); and plaintiff and the third-party defendants having disagreed with this objection (ECF Nos. 22, 23); and the court having reviewed the R&R *de novo* and considered the defendants' objection, the plaintiff's reply, and the third-party defendants' reply (ECF Nos. 20, 21, 22, 23) without oral argument; for the reasons stated in the accompanying Opinion and good cause appearing therefor;

**IT IS** this 15th day of March, 2018,

**ORDERED** as follows:

1. The objection of the defendant (ECF No. 21) to the R&R is rejected;
2. I adopt the R&R and remand the case to the Superior Court of New Jersey, Hudson County, Chancery Division.

_____
**KEVIN MCNULTY**
**United States District Judge**